| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| Geraldine S. Roberts, Esquire | (304) 626-1138 | 4/17/2013 | |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| P. O. Drawer 2040 | Clarksburg | WV | 26302 |
| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
| 1:09-CV-87 | Hon. Irene M. Keeley | 10. FROM 4/5/2013 | 11. TO 4/5/2013 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| Dey, Inc., et al. v. Teva Parenteral Medicines, Inc., et al. | | 13. CITY Clarksburg | 14. STATE WV |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 04/05/2013 |
| [ ] SENTENCING | | Entire proceeding | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 15 | 13.50 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | ESTIMATE TOTAL | 13.50 |
|---|---|---|---|
| 18. SIGNATURE /s/ Geraldine S. Roberts | | PROCESSED BY LLB | |
| 19. DATE 4/17/2013 | | PHONE NUMBER 304-282-0395 | |
| TRANSCRIPT TO BE PREPARED BY Linda Bachman | | COURT ADDRESS P.O. Box 969 Clarksburg, WV 26302-0969 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 04/16/13 | llb | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 04/16/13 | | TOTAL CHARGES | 13.50 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 04/17/13 | | TOTAL DUE | 13.50 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY