IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAY 1 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DEY, L. P. et al.

**Plaintiff(s),**

v.

TEVA PARENTERAL MEDICINES, INC. et al.

**Defendant(s).**

Civil NO: 1:09-cv-00087-IMK

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David R. Marriott, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 5-1-2013

_____
United States District Judge