# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAY 1 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DEY, L. P. et al.

**Plaintiff(s),**

v.

TEVA PARENTERAL MEDICINES, INC. et al.

Civil NO: 1:09-cv-00087-IMK

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Roger G. Brooks, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 5-1-13

*Irene M. Keeley*
United States District Judge