# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUN 24 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DEY, L.P. and DEY, INC.,

_____

_____

**Plaintiff(s),**

v.

TEVA PARENTERAL MEDICINES, INC., TEVA
PHARMACEUTICALS USA, INC., and TEVA
PHARMACEUTICALS INDUSTRIES, LTD.,

**Defendant(s).**

Civil NO: 1:09-CV-87

## ORDER

Upon consideration of the foregoing Application for Adm    ission *Pro Hac Vice* of Elizabeth Crompton _____, it is **ORDERED** that the Application f or Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant m ay appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: June 24, 2013

_____
United States District Judge