IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **DEY, L. P. and DEY, INC.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:09-cv-87 |
| **TEVA PARENTERAL MEDICINES, INC.,** | ) |
| **TEVA PHARMACEUTICALS USA, INC.,** | ) |
| and **TEVA PHARMACEUTICAL** | ) Judge Irene M. Keeley |
| **INDUSTRIES, LTD.,** | ) |
| | ) |
| Defendants. | ) |

## TEVA'S MOTION TO COMPEL DISCOVERY

Defendants, Teva Parenteral Medicines, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd. (collectively "Teva"), respectfully move the Court for an order to compel production by Plaintiffs Dey, L.P. and Dey, Inc. (collectively "Dey"), pursuant to Fed. R. Civ. P. 37(a) and Local Rules of Civil Procedure 26.04 and 34.01, of an unredacted version of the settlement and license agreement, dated May 23, 2012 ("Settlement and License Agreements") between Dey and Sunovion Pharmaceuticals Inc. (formerly Sepracor) in *Dey, L.P., Dey, Inc. and Mylan, Inc. v. Sepracor Inc.,* C.A. NO. 1:07-cv-2353 (S.D.N.Y.) litigation (the "*Sepracor* case"). Teva files this motion to compel because Dey has refused to produce an unredacted version containing relevant information that is responsive to Teva's document requests under Fed. R. Civ. P. 34, despite Teva's repeated requests that the document be produced.

1

WHEREFORE, for the reasons set forth in the contemporaneously filed "Teva's Memorandum in Support of its Motion to Compel Discovery," Teva respectfully requests that this Honorable Court enter an Order to compel Dey's production of the unredacted version of the Settlement and License Agreement, dated May 23, 2012.

Respectfully submitted the 1st day of July, 2013.

**DEFENDANTS, TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., By Counsel:**

By: /s/ *Jeffrey B. Burgan*

Bruce M. Gagala          (IL State Bar #0901342)
Jeffrey B. Burgan         (IL State Bar #6203895)
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - Suite 4900
180 North Stetson Avenue
Chicago, IL  60601-6780
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
E-Mail:      BGagala@Leydig.com
             JBurgan@Leydig.com


/s/ *Geraldine S. Roberts*

James A. Varner, Sr.          (WV State Bar #3853)
Geraldine S. Roberts          (WV State Bar #3126)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV  26302-2040
Telephone: (304) 626-1100
Facsimile: (304) 623-3035
E-Mail:      JAVarner@wvlawyers.com
             GSRoberts@wvlawyers.com

## RULE 26.04 CERTIFICATION

I hereby certify that counsel for Teva has made good faith efforts to resolve the subject of the foregoing motion with counsel for Dey and without Court action in accordance with Fed. R. Civ. P. 37(a)(1) and L.R. Civ. P. 26.04, but has been unable to do so.

Dated the 1st day of July, 2013.

**DEFENDANTS, TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., By Counsel:**

By: */s/ Jeffrey B. Burgan*

Bruce M. Gagala     (IL State Bar #0901342)
Jeffrey B. Burgan     (IL State Bar #6203895)
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6780
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
E-Mail:     BGagala@Leydig.com
              JBurgan@Leydig.com

*/s/ Geraldine S. Roberts*

James A. Varner, Sr.     (WV State Bar #3853)
Geraldine S. Roberts     (WV State Bar #3126)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV 26302-2040
Telephone: (304) 626-1100
Facsimile: (304) 623-3035
E-Mail:     JAVarner@wvlawyers.com
              GSRoberts@wvlawyers.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **DEY, L. P. and DEY, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-87 |
| ) | |
| **TEVA PARENTERAL MEDICINES, INC.,** ) | |
| **TEVA PHARMACEUTICALS USA, INC.,** ) | Judge Irene M. Keeley |
| **and TEVA PHARMACEUTICAL** ) | |
| **INDUSTRIES, LTD.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

This certifies that on this 1st day of July, 2013, counsel for the defendants served the following document: "**TEVA'S MOTION TO COMPEL DISCOVERY**" upon counsel of record via: (1) electronic notification through the Court's CM/ECF system; and/or (2) via facsimile, and/or (3) via hand delivery, and/or (4) via electronic mail transmission as previously agreed upon by the parties:

Gordon H. Copland, Esquire
William J. O'Brien, Esquire
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Fax (304) 933-8183

David R. Marriott, Esquire
David N. Greenwald, Esquire
Evan R. Chesler, Esquire
Roger G. Brooks, Esquire
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Fax (212) 474-3700

Edgar H. Haug, Esquire
Robert E. Colletti, Esquire
Nicholas F. Giove, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Fax (212) 588-0500

*Co-Counsel for Plaintiffs*

/s/ *Geraldine S. Roberts*
Geraldine S. Roberts    (WV State Bar #3126)