IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **DEY, L. P. and DEY, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-87 |
| ) | |
| **TEVA PARENTERAL MEDICINES, INC.,** ) | |
| **TEVA PHARMACEUTICALS USA, INC.,** ) | Judge Irene M. Keeley |
| **and TEVA PHARMACEUTICAL** ) | |
| **INDUSTRIES, LTD.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER REGARDING TEVA'S MOTION TO COMPEL DISCOVERY

Pending before the Court is Defendant Teva's "Motion to Compel Discovery."

The Court heard oral argument on the foregoing motion on _____, 2013.

**IT IS ON** this ____ day of _____, 2013, **ORDERED** that

Defendant Teva's "Motion to Compel Discovery" is **GRANTED**.

DATED: _____

_____
IRENE M. KEELEY
DISTRICT COURT JUDGE