IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

FILED

JUL 1 6 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DEY, L.P. and DEY, INC.,

    Plaintiffs,

    v.

TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC., and
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,

    Defendants.

Civil Action No. 1:09-cv-87
(Judge Keeley)

## ORDER

In order to assist the Court in resolving the issues raised in "Teva's Motion to Compel Discovery" (Dkt. No. 197), now pending before the Court, and for other reasons appearing to the Court, it is ORDERED that Dey, Inc. and Dey L.P. have leave to file a non-redacted copy of the settlement agreement at issue in the pending motion. The document shall be filed under seal, and on an *ex parte* basis, without provision of a copy to the other parties. The Plaintiffs shall promptly file the document under seal after notice of this order, and arrange delivery of a courtesy copy of the same to the Court's chambers.

It is so ORDERED.

DATED: July 16, 2013

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6309080