IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 17 2013
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DEY, L.P.
DEY, INC.

**Plaintiff(s),**

v.

TEVA PARENTERAL MEDICINES, INC.
TEVA PHARMACEUTICALS USA, INC.
TEVA PHARMACEUTICALS INDUSTRIES, LTD.

**Defendant(s).**

Civil NO: 1:09-cv-87 (IMK)

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David M. Conca, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-17-2013

_____
United States District Judge