```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DEY, L. P. and DEY, INC.,**

      Plaintiffs,

v.                              //   CIVIL ACTION NO. 1:09CV87
                                                (Judge Keeley)

**TEVA PARENTERAL MEDICINES, INC.,**
**TEVA PHARMACEUTICALS USA, INC., and**
**TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**

      Defendants.

## SUMMARY ORDER FOLLOWING FINAL PRE-TRIAL CONFERENCE

On July 19, 2013, the Court conducted the final pretrial conference in this matter. For the reasons stated on the record of that proceeding, the Court:

(1) **GRANTS** Sunovian's Motion to Intervene (dkt. no. 203), and directs the Clerk to docket **UNDER SEAL** Sunovian's Motion for Protective Order and Integrated Memorandum in Support, which was attached to the Motion to Intervene, see (dkt. no. 203-5);

(2) **DENIES** Teva's Motion to Compel (dkt. no. 197);

(3) **EXCLUDES** the Second Supplemental Expert Report of Gordon Rausser, Ph.D.;

(4) **DENIES AS MOOT** Sunovian's Motion for Protective Order and Integrated Memorandum in Support; and

(5) **DENIES** Teva's Motion In Limine to Preclude Any Evidence of or Reference to Late Produced Documents. (Dkt. No. 185).

**DEY, L. P., ET AL.  v. TEVA PARENTERAL, ET AL.**                    **1:09CV87**

**SUMMARY ORDER FOLLOWING FINAL PRE-TRIAL CONFERENCE**

Trial in this matter will commence on Monday, July 29, 2013 at 12:00 P.M. at the Clarksburg, West Virginia point of holding court.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: July 22, 2013.

                                         /s/ Irene M. Keeley
                                         IRENE M. KEELEY
                                         UNITED STATES DISTRICT JUDGE