UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

DEY, L.P. and DEY, INC.,

                Plaintiffs,

VS                                  Civil Action Number 1:09CV87

TEVA PARENTAL MEDICINES,
INC., et al.,

                Defendants.

### Disclaimer for Realtime Unedited Transcript

The transcript of the realtime output, or any portion thereof, to be prepared in the above civil action dealing with proceedings occurring during the trial will be delivered unedited and uncertified by Jennifer Vail-Kirkbride, the Official Court Reporter, at the request of counsel for the parties.

The parties and their clients agree not to disclose this realtime unedited transcript in any form (written or electronic) to anyone who has no connection with this case. This is an unofficial transcript which may not be relied upon for purposes of verbatim citation of testimony, may not be filed in the court file, and may not be made a part of the trial, post-trial, or appellate record.

This transcript will not have been checked, proofread, or corrected. It is a draft transcript and is not a certified transcript. As such, it may contain computer-generated mistranslations of stenotype code or electronic transmission errors, resulting in inaccurate or possibly confusing word combinations, or untranslated stenotype symbols which cannot be deciphered by nonstenotypists. Corrections will be made in the preparation of the certified transcript, resulting in

differences in content, page and line numbers, punctuation and formatting. This realtime unedited transcript contains no appearance page, certificate page, index, or certification.

I acknowledge that, by signing this disclaimer, I agree to the above disclaimer and, also, that I am releasing Jennifer Vail-Kirkbride, Official Court Reporter, and the United States District Court for the Northern District of west Virginia, from any liability for any lost data or damage to my computer resulting from this process. I also waive the right to raise any matter relating to differences in content between the draft transcript and the certified transcript at the trial, post-trial, or appellate level, or in any future civil proceeding.

_____    July 29, 2013
Counsel for the Plaintiff          Date

_____    7/29/2013
Representative of the Plaintiff    Date

_____    July 29, 2013
Counsel for the Defendant          Date

_____    July 29, 2013
Representative for Defendant       Date

ENTERED: July 30, 2013

_____
Irene M. Keeley
United States District Judge