UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

DEY L.P., et al.,

                Plaintiff,

vs.                                      Case Number  1:09-CV-87

TEVA PARENTERAL MEDICINES, INC., et al.,

                Defendant.

**NOTICE OF INTENT TO REQUEST REDACTIONS**

I, the undersigned attorney for the  the Defendant , hereby give notice of intent to file a Redaction Request directly with the Court Reporter within 21 days from the filing of the transcript at docket entry number  238 .

| August 8, 2013 | /s/  Geraldine S. Roberts |
|---|---|
| Date | Attorney for:  the Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on   August 8, 2013  , I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the Court Reporter and the following parties:  Plaintiffs, DEY, L.P. and DEY, INC.

I will serve this filing upon the Court Reporter either via e-mail or in paper.

| August 8, 2013 | /s/  Geraldine S. Roberts |
|---|---|
| Date | Attorney for: the Defendant |