```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

DEY, L. P. and DEY, INC.,

      Plaintiffs,

v.                  //     CIVIL ACTION NO. 1:09CV87
                                          (Judge Keeley)

TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC., and
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,

      Defendants.

## ORDER SETTING POST-TRIAL BRIEFING SCHEDULE

The Court conducted a bench trial in this matter from July 29 to August 6, 2013. As set forth in the record (dkt. no. 241 at 82-86), the parties will submit post-trial briefing to aid the Court in its resolution of the disputed issues of law and fact remaining in this case. The parties' briefs will conform to the following specifications:

(1) **Opening briefs** will be no longer than **fifty (50) pages**. The brief will be a "self-contained" document, that is, it will include a statement of facts supported by citations to the record, as well as suggested findings of fact and conclusions of law. The Court will not consider a separate document, submitted in addition to the brief, purporting to be a statement of facts. Opening briefs are due **Friday, September 27, 2013.**

**DEY, L. P., ET AL. v. TEVA PARENTERAL, ET AL.**           **1:09CV87**

**ORDER SETTING POST-TRIAL BRIEFING SCHEDULE**

(2) **Responsive briefs** will be no longer than thirty-five (35) pages, and are due **October 29, 2013**. The responsive brief will also be, like the opening brief, a "self-contained" document.

The text of the body of the briefs and all footnotes will be 12-point font (Courier New or Times new Roman). Margins will be one inch.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: September 6, 2013.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE