```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DEY, L. P. and DEY, INC.,**

      Plaintiffs,

v.                    //    CIVIL ACTION NO. 1:09CV87
                                    (Judge Keeley)

**TEVA PARENTERAL MEDICINES, INC.,**
**TEVA PHARMACEUTICALS USA, INC., and**
**TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**

      Defendants.

## ORDER STAYING CASE PENDING POST-TRIAL BRIEFING

For administrative purposes only, the Court **STAYS** this case pending receipt of the post-trial briefs as ordered by the Court on September 6, 2013 (dkt. no. 246).

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: September 17, 2013.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE