**FILED**
OCT 02 2013
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DEY, L.P., and DEY, INC.,

        Plaintiffs,

v.                                            Civil Action No. 1:09-CV-87

TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.,

        Defendant.

# ORDER APPROVING WITHDRAWAL OF ATTORNEY OF RECORD

For reasons appearing to the Court, it is hereby ORDERED that the Defendants are granted leave to withdraw attorney Marcos Rivas as their counsel of record in these proceedings.

The Court directs the Clerk to remove Marcos Rivas from the list of attorneys of record in these proceedings. The Court further directs the Clerk to transmit copies of this Order to counsel of record.

ENTER:      *October 2, 2013*

                                                Honorable Irene M. Keeley
                                                United States District Court
                                                Northern District of West Virginia

PREPARED BY:

*/s/ Geraldine S. Roberts*
Geraldine S. Roberts        (WV State Bar #3126)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV 26302-2040
Telephone: (304) 626-1100
Facsimile: (304) 623-3035
**Counsel for Defendants**