IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DEY, L.P., and DEY, INC.,

    Plaintiffs,

v.                                                                Civil Action No. 1:09-CV-87

TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.,

    Defendant.

# ORDER APPROVING WITHDRAWAL
# OF ATTORNEY OF RECORD

    For reasons appearing to the Court, it is hereby ORDERED that the Defendants are granted leave to withdraw attorney Christopher Leach as their counsel of record in these proceedings.

    The Court directs the Clerk to remove Christopher Leach from the list of attorneys of record in these proceedings. The Court further directs the Clerk to transmit copies of this Order to counsel of record.

ENTER:     February 25, 2014

                                                       Honorable Irene M. Keeley
                                                       United States District Court
                                                       Northern District of West Virginia

PREPARED BY:

*/s/ Geraldine S. Roberts*
Geraldine S. Roberts     (WV State Bar #3126)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV 26302-2040
Telephone: (304) 626-1100
Facsimile: (304) 623-3035
***Counsel for Defendants***