| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Attorney Gordon Copland | | 2. PHONE NUMBER<br>(304) 933-8181 | 3. DATE<br>2/19/2014 | |
| 4. MAILING ADDRESS<br>Steptoe&Johnson, 400 White Oaks Boulevard | | 5. CITY<br>Bridgeport | 6. STATE<br>WV | 7. ZIP CODE<br>26330 |
| 8. CASE NUMBER<br>1:09cv87 | 9. JUDGE<br>Irene M. Keeley | DATES OF PROCEEDINGS | | |
| | | 10. FROM 7/19/2013 | 11. TO 7/19/2013 | |
| 12. CASE NAME<br>Dey v Teva | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Clarksburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Final Pretrial Conference | July 19, 2013 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | 75.00 | 273.75 |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 273.75 |

| 18. SIGNATURE<br>/s/ Gordon Copland | PROCESSED BY | |
|---|---|---|
| 19. DATE<br>2/19/2014 | PHONE NUMBER<br>(304) 282-0395 | |
| TRANSCRIPT TO BE PREPARED BY<br>Linda Bachman<br>P.O. Box 969, Clarksburg, WV 26302 | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 2/19/2014 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | 0.00 |
| TRANSCRIPT ORDERED | 2/19/2014 | | TOTAL CHARGES | 273.75 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 2/28/2014 | | TOTAL DUE | 273.75 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY