| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY | |
|---|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | **DUE DATE:** | |

| 1. NAME<br>Attorney Geraldine S. Roberts | | 2. PHONE NUMBER<br>(304) 623-3035 | 3. DATE<br>3/3/2014 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS<br>McNeer,Highland,McMunn & Varner; P.O. Drawer 2040 | | 5. CITY<br>Clarksburg | 6. STATE<br>WV | 7. ZIP CODE<br>26302 |
| 8. CASE NUMBER<br>1:09cv87 | 9. JUDGE<br>Irene M. Keeley | DATES OF PROCEEDINGS | | |
| | | 10. FROM 7/19/2013 | 11. TO 7/19/2013 | |
| 12. CASE NAME<br>Dey v Teva | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Clarksburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Final Pretrial Conference | July 19, 2013 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 75.00 | 67.50 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 67.50 |

| 18. SIGNATURE<br>/s/ Geraldine Roberts | PROCESSED BY | |
|---|---|---|
| 19. DATE<br>3/3/2014 | PHONE NUMBER<br>(304) 282-0395 | |
| TRANSCRIPT TO BE PREPARED BY<br>Linda Bachman<br>P.O. Box 969, Clarksburg, WV 26302 | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 3/3/2014 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | 0.00 |
| TRANSCRIPT ORDERED | 3/3/2014 | | TOTAL CHARGES | 67.50 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 3/3/2014 | | TOTAL DUE | 67.50 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY