# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| DEY, L. P. and DEY, INC.,<br>*Plaintiff*<br>v.<br>TEVA PARENTERAL MEDICINES, INC., et al<br>*Defendant* | Civil Action No.   1:09CV87 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✓ other:   The Court directs the Clerk of Court to enter a separate judgment order.

decided by Judge   Irene M. Keeley
The Court DECLARES that the making, using, selling, offering to sell, or importing the inhalation product described in ANDA No. 91-141 constitutes infringement of the patents-in-suit, and **ENJOINS** Teva, its officers, agents, servants and employees, from making, using, offering to sell, selling or importing the inhalation product described in ANDA No. 91-141. The Court also **ORDERS** that the effective date of the products described in ANDA No. 91-141 shall not precede the expiration of the patents-in-suit.  The Court ORDERS that this case be DISMISSED WITH PREJUDICE and be removed from its active docket.

Date:   Mar 21, 2014                                *Cheryl Dean Riley, Clerk of Court*

                                                               /s/ K. Denny
                                                 *Signature of Clerk or Deputy Clerk*