AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Clarksburg, WV____ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>1:09 cv 87 | DATE FILED<br>6/23/2009 | U.S. DISTRICT COURT<br>Clarksburg, WV | |
|---|---|---|---|
| PLAINTIFF<br>DEY, L.P., DEY, Inc. | | DEFENDANT<br>TEVA PARENTERAL MEDICINES, INC.<br>TEVA PHARMACUTICAL USA, INC. and<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | US 6,667,344 B2 | 12/23/2003 | Dey L.P. |
| 2 | US 6,814953 B2 | 11/9/2004 | Dey L.P. |
| 3 | US 7,348,362 B2 | 3/25/2008 | Dey, L.P. |
| 4 | US 7,462,645 B2 | 12/9/2008 | Dey, L.P. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

The Court DECLARES that the making, using, selling, offering to sell, or importing the inhalation product described in ANDA No. 91-141 constitutes infringement of the patents-in-suit, and ENJOINS Teva, its officers, agents, servants and employees, from making, using, offering to sell, selling or importing the inhalation product described in ANDA No. 91-141. The Court also ORDERS that the effective date of the products described in ANDA No. 91-141 shall not precede the expiration of the patents-in-suit. The Case: DISMISSED WITH PREJUDICE.

| CLERK<br>Cheryl Dean Riley | (BY) DEPUTY CLERK<br>Kimberly Denny | DATE<br>3/24/2014 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy