Wrong Event Used.