IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DEY, L.P., and DEY, INC.,

    Plaintiffs,

v.                                                                                                  Civil Action No. 1:09-CV-87

TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.,

    Defendants.

# OBJECTION TO PLAINTIFFS' BILL OF COSTS

Defendants, Teva Parenteral Medicines, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd. ("Defendants"), by counsel, hereby give notice that they object to the taxation of costs submitted in the Bill of Costs filed by Plaintiffs on April 21, 2014 *[Docket 267]*. Defendants further give notice that they have previously stated their objections to Plaintiffs, and that the parties have reached an agreement on the amount of costs to be taxed. The parties will promptly submit a joint stipulation for taxation of the costs in the agreed amount to the Court for its consideration.

Respectfully submitted this 5th day of May, 2014.

                                            **Defendants, TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., By Counsel:**

                                            */s/ Geraldine S. Roberts*
                                            James A. Varner, Sr.   (WV State Bar #3853)
                                            Geraldine S. Roberts   (WV State Bar #3126)

                                            Empire Building - 400 West Main Street
McNeer, Highland, McMunn and Varner, L.C.   P. O. Drawer 2040
             Of Counsel                           Clarksburg, WV  26302-2040
                                            Telephone: (304) 626-1100
                                            Facsimile: (304) 623-3035

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DEY, L.P., and DEY, INC.,

    Plaintiffs,

v.                                                                 Civil Action No. 1:09-CV-87

TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.,

    Defendant.

# CERTIFICATE OF SERVICE

This is to certify that on this 5th day of May, 2014, the undersigned counsel served the foregoing "***OBJECTION TO PLAINTIFFS' BILL OF COSTS***" upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system; and/or (2) facsimile, and/or (3) depositing a true copy in the United States Mail, postage prepaid, in envelopes addressed as follows:

| | |
|---|---|
| Gordon H. Copland, Esquire<br>William J. O'Brien, Esquire<br>Steptoe & Johnson PLLC<br>400 White Oaks Blvd.<br>Bridgeport, WV 26330<br>***Co-Counsel for Plaintiffs***<br>Fax (304) 933-8183 | Bruce M. Gagala, Esquire<br>Jeffrey Burgan, Esquire<br>Elizabeth Crompton, Esquire<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6731<br>***Co-Counsel for Defendants***<br>Fax (312) 616-5700 |
| David R. Marriott, Esquire<br>David N. Greenwald, Esquire<br>Evan R. Chesler, Esquire<br>Roger G. Brooks, Esquire<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>***Co-Counsel for Plaintiffs***<br>Fax (212) 474-3700 | |

                                                                                    /s/ *Geraldine S. Roberts*