**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| DEY, L.P. and DEY, INC., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| TEVA PARENTERAL MEDICINES, INC., | : |
| TEVA PHARMACEUTICALS USA, INC., and | : |
| TEVA PHARMACEUTICAL INDUSTRIES, | : |
| LTD., | : |
| | : |
| Defendants. | : |

Civil Action No. 1:09-cv-87
(Judge Keeley)

**JOINT STIPULATION ON TAXATION OF COSTS**

WHEREAS, Plaintiffs Dey, L.P. and Dey, Inc. ("Dey") filed a Bill of Costs and attachments with the Court on April 21, 2014 seeking taxation of costs in the amount of $67,237.07,

WHEREAS, Defendants Teva Parenteral Medicines, Inc.; Teva Pharmaceuticals USA, Inc.; and Teva Pharmaceutical Industries, Ltd. ("Teva") filed Objections to Dey's Bill of Costs on May 5, 2014 seeking to reduce the amount of costs to $49,531.24,

WHEREAS, the parties conferred and mutually agreed to a compromise on the amount of costs,

IT IS HEREBY STIPULATED by and among the undersigned counsel, subject to the Court's approval, that Teva will pay costs to Dey in the amount of $58,384.16.

Dated: May 5, 2014

           Respectfully submitted,

/s/ William J. O'Brien_____

STEPTOE & JOHNSON, PLLC
Gordon H. Copland (WVSB No. 828)
William J. O'Brien (WVSB No. 10549)
P.O. Box 2629
Martinsburg, WV 25402-2629
Telephone: (304) 262-3516


CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Roger G. Brooks
David R. Marriott
David Greenwald
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
*Attorneys for Plaintiffs Dey, L.P. and Dey, Inc.*

/s/ Geraldine S. Roberts_____

MCNEER, HIGHLAND, MCMUNN &
VARNER, L.C.
James A. Varner, Sr. (WVSB No. 3853)
Geraldine S. Roberts (WVSB No. 3126)
P.O. Drawer 2040
Clarksburg, WV 26302-2040
Telephone: (304) 626-1100


LEYDIG, VOIT & MAYER, LTD.
Bruce M. Gagala
Jeffrey B. Burgan
Elizabeth Crompton
Two Prudential Plaza – Suite 4900
180 North Stetson Ave
Chicago, IL 60601-6780
Telephone: (312) 616-5600
*Attorneys for Defendants Teva Parenteral
Medicines, Inc., Teva Pharmaceuticals USA,
Inc., and Teva Pharmaceutical Industries, Ltd.*


       Having reviewed the stipulation of the parties, the stipulation is APPROVED and the

Court ORDERS that the clerk shall tax costs, against all defendants jointly and severally, in the

amount of $58,384.16.

       It is SO ORDERED.

           DATED:_____

                _____
                IRENE M. KEELEY
                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2014, I filed the foregoing "Joint Stipulation on Taxation of Costs" with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

James A. Varner, Sr. (WVSB No. 3853)
Geraldine S. Roberts (WVSB No. 3126)
MCNEER, HIGHLAND, MCMUNN &
VARNER, L.C.
P.O. Drawer 2040
Clarksburg, WV 26302-2040

Bruce M. Gagala
Jeffrey B. Burgan
Elizabeth Crompton
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza – Suite 4900
180 North Stetson Ave
Chicago, IL 60601-6780

/s/ William J. O'Brien