```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DEY, L.P. and DEY, INC.,**

      **Plaintiff,**

v.  //  CIVIL ACTION NO. 1:09CV87
                (Judge Keeley)

**TEVA PARENTERAL MEDICINES, INC.,
TEVA PHARMACEUTICALS USA, INC., and
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**

      **Defendant.**

<u>**ORDER GRANTING JOINT MOTION TO SEAL [DKT. NO. 274]**</u>

      For good cause shown, the Court **GRANTS** the parties' joint motion to seal, (dkt. no. 274), and **DIRECTS** the Clerk to file joint exhibit numbers 49, 50, and 293 of the joint trial appendix under seal.

      It is so **ORDERED**.

      The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: June 12, 2014.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE