IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**FILED**

FEB 0 9 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

DEY, L.P. and DEY, INC.,                    )
                                             )
      Plaintiffs,                        )
                                             )          Civil Action No. 1:09-cv-87
v.                                           )
                                             )          (Judge Irene M. Keeley)
TEVA PARENTERAL MEDICINES, INC.,             )
TEVA PHARMACEUTICALS USA, INC.,              )
and TEVA PHARMACEUTICAL                      )
INDUSTIRES, LTD.,                            )
                                             )
      Defendants.                        )

## ORDER

      For reasons appearing to the Court and for good cause shown, the Court **GRANTS** Plaintiffs' Motion for Leave to Withdraw as Counsel and **ORDERS** that Edgar H. Haug, Nicholas F. Giove, and Robert E. Colletti and the law firm of Frommer Lawrence & Haug LLP are hereby withdrawn as counsel for Plaintiffs in this matter.

      The Court **DIRECTS** the Clerk to Edgar H. Haug, Nicholas F. Giove, and Robert E. Colletti and the law firm of Frommer Lawrence & Haug LLP from CM/ECF list of counsel in this case.

      It is so **ORDERED**.

      ENTERED: *February 9, 2015*

*Irene M. Keeley*
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

6821074